# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

AARON SLOAN,

    Plaintiff,

v.

CHRISTOPHER CHAMBERS, *et al*.,

    Defendants.

NO. 3:12-CV-1954

(JUDGE CAPUTO)

## ORDER

**NOW**, this 18th day of October, 2018, **IT IS HEREBY ORDERED** that:

(1)   The Motion to Dismiss (Doc. 109) filed by Defendant Sheila McGinnis is **GRANTED in part and DENIED in part**.

(2)   The following claims against Defendant McGinnis are **DISMISSED with prejudice**:

    (a)   Eighth Amendment denial of prescription eye glasses;

    (b)   Eighth Amendment failure to provide meal accommodations;

    (c)   First Amendment retaliation; and

    (d)   Conspiracy.

(3)   Plaintiff Aaron Sloan's only remaining claim against Defendant McGinnis is for the alleged violation of the Eighth Amendment relating to her refusal to treat his chronic abdominal pain**.**

                                                  /s/ A. Richard Caputo
                                                A. Richard Caputo
                                                United States District Judge